# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONNIE LEE HOUSTON, | No. 4:18-CV-00387 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

## ORDER

### JANUARY 28, 2019

On February 15, 2018, Ronnie Lee Houston initiated the above-captioned case against the United States Department of Justice. The parties' cross-motions[1] for summary judgment were referred to Magistrate Judge Martin C. Carlson, who issued a Report and Recommendation on November 14, 2018.[2] Mr. Houston's objections to that Report and Recommendations were filed on December 4, 2018.[3]

In his Report and Recommendation, Magistrate Judge Carlson recommended granting Mr. Houston's motion for summary judgment solely to the extent that it sought a certain 10-page letter report summarizing the results of his court-ordered psychiatric evaluation. In his objections, however, Mr. Houston indicated that he already has possession of this document.

---

[1] ECF Nos. 21, 24.
[2] ECF No. 38.
[3] ECF No. 40.

This Court has otherwise conducted a de novo review[4] of the objected-to portions of the Report, and agrees with Magistrate Judge Carlson's analysis and conclusions. Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Martin C. Carlson, ECF No. 38, is **ADOPTED IN ITS ENTIRETY**.

2. Plaintiff's Motion for Summary Judgment, ECF No. 21, is **DENIED AS MOOT** to the extent it seeks a copy of the psychiatric evaluation report, and is otherwise **DENIED** for the reasons listed in Magistrate Judge Carlson's Report and Recommendation.

3. Defendant's Motion for Summary Judgment, ECF No. 24, is **GRANTED**.

4. The Clerk of Court is directed to enter judgment in favor of Defendant and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[4] 28 U.S.C. § 636(b)(1)(C) ("[A]ny party may serve and file written objections to [a magistrate judge's Report and Recommendation]. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.")